IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
2.   JULIO ORTIZ;
3.   **NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo";**
4.   **JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";**
5.   **KATHLEEN ELIZABETH RANALS, a/k/a "Katie";** and
6.   DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

## ORDER TO RESET MOTIONS HEARING

Pursuant to this Court's Order dated November 17, 2005, counsel conferred with chambers concerning continuance of the motions hearing in this matter. Upon review of the file and at counsel's request, it is hereby

ORDERED that pending motions regarding Defendants Nazario Tovar-Rodriguez and Kathleen Ranals will be addressed at the hearing currently set for **December 16, 2006 at 2:00 p.m.**  It is

FURTHER ORDERED that a motions hearing with regard to Defendant Jesus Alberto Villar-Gonzalez has been set for **January 5, 2006 at 9:00 a.m.**  The Court has set aside 90 minutes for this hearing.

    DATED: December 9, 2005

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge