IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
2.   JULIO ORTIZ;
3.   **NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo"**;
4.   JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.   KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.   DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

## ORDER TO RESET CHANGE OF PLEA HEARING

Defendant Nazario Tovar-Rodriguez's Unopposed Motion to Continue Change of Plea Hearing (Dkt. # 150) is GRANTED. It is hereby

ORDERED that the change of plea hearing on behalf of Defendant Nazario Tovar-Rodriguez set for January 6, 2006 is CONTINUED to **February 1, 2006 at 8:15 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on January 30, 2006.** If these documents are not timely submitted, the hearing will be vacated.

DATED: January 6, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge