IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00215-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JUAN LUIS TOVAR-RODRIGUEZ, a/k/a "Kali," a/k/a "Kaliche";
2.   JULIO ORTIZ;
3.   **NAZARIO TOVAR-RODRIGUEZ, a/k/a "Chayo"**;
4.   JESUS ALBERTO VILLAR-GONZALEZ, a/k/a "Beto";
5.   KATHLEEN ELIZABETH RANALS, a/k/a "Katie"; and
6.   DEMETRIO SALAZAR-ISIORDIA, a/k/a "Guero"

    Defendants.

## ORDER TO RESET CHANGE OF PLEA HEARING

This matter is before the Court *sua sponte*. The change of plea hearing on behalf of Defendant Nazario Tovar-Rodriguez set for February 1, 2006 at <u>8:15 a.m.</u> is RESET to February 1, 2006 **at 9:30 a.m.**

    DATED: January 26, 2006

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*
                                  _____
                                  Phillip S. Figa
                                  United States District Judge